# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1216        **Short Title:** Veiovis v. Goguen

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[✔] appellant(s)        [ ] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

| | |
|---|---|
| /s/ Dana Curhan | 04-01-22 |
| Signature | Date |
| Dana Curhan | |
| Name | |
| Curhan Law Office | (617) 267-3800 |
| Firm Name (if applicable) | Telephone Number |
| 45 Bowdoin Street | (617) 247-3800 |
| Address | Fax Number |
| Boston, MA 02114 | dana.curhan@gmail.com |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 44690

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

[Print]        [Reset]