United States Court Of Appeals
For The First Circuit
_____

No. 22-1216

Caius Veiovis
*Petitioner-Appellant*

v.

Colette Goguen, et al,
*Respondents-Appellees*
_____

**Motion for Appointment of Counsel**
_____

The undersigned moves that he be appointed by this Court as counsel for the petitioner-appellant. In support of this motion, he states that he has previously been assigned by the Committee for Public Counsel Services to represent the petitioner, and he was then appointed in the United States District Court to handle the habeas proceedings. The undersigned has completed his assignment in the District Court and has been instructed to request that this Court appoint him as counsel if available.

The undersigned will abide by any cap on such fees that this Court may impose.

Respectfully submitted,

Caius Veiovis,
*By his attorney,*

/s/ Dana Alan Curhan
Dana Alan Curhan
Bar # 44690
45 Bowdoin Street
Boston, MA 02114
(617) 267-3800

## Certificate of Service

I hereby certify that on April 1, 2022, I served an electronic copy of the attached document via the court's ECF system to all counsel of record.

/s/ Dana Alan Curhan
Dana Alan Curhan
Bar # 44690
45 Bowdoin Street
Boston, MA 02114
(617) 267-3800